# United States Bankruptcy Court
## District of Massachusetts

| In re: JOSEPH L. LaFRANCE, Debtor | Chapter 13 Case No. 02-42450-HJB |
|---|---|
| In re: MARTA L. OYOLA, Debtor | Chapter 13 Case No. 02-45398-HJB |
| In re: HECTOR L. ROLON, Debtor | Chapter 13 Case No. 02-45994-HJB |
| In re: KATHLEEN M. DAIGNEAULT, Debtor | Chapter 13 Case No. 02-46689-HJB |
| In re: PETER AND DENISE CACI, Debtor | Chapter 7 Case No. 02-47249-HJB |



| In re: | ) | |
|---|---|---|
| | ) | Chapter 13 |
| MARK BENNETT and | ) | |
| ANGELA BENNETT | ) | Case No. 03-40074-HJB |
| | ) | |
| Debtor | ) | |

| In re: | ) | |
|---|---|---|
| | ) | Chapter 13 |
| STEFAN DAVIS, | ) | |
| | ) | Case No. 03-40199-HJB |
| Debtor | ) | |

## MEMORANDUM OF DECISION

Before the Court is a "Motion for Reconsideration and to Allow Late Filing of Appeal on Grounds of Excusable Neglect (Fed. R. Bankr. P. 8002(c))" (the "Motion") filed by Attorney Francis Lafayette ("Attorney Lafayette"). The Motion does present an ironic picture, in that it seeks leave to file late an appeal of this Court's order of June 10, 2004 which, in turn, took action to ameliorate a variety of similar acts of neglect by Attorney Lafayette. See In re LaFrance, et. al., 2004 WL 1376363 (Bankr. D. Mass.).

As in the underlying case(s), Attorney Lafayette cites his allegedly poor physical condition and the side effects of medication as cause for his having failed to meet this important deadline. In the underlying cases, he claimed to have suffered from dental and back problems. Here, he claims to suffer from diabetes and polyneuropathy.

As in the LaFrance decision, this Court finds the existence of the alleged illnesses insufficient to justify Attorney Lafayette's failure to timely act. It is unlikely that either or any of these alleged conditions interfered in any material way with his ability to file a timely notice of appeal. This Court has checked with the records of the Clerk's Office and is advised (and takes judicial notice) that during the period of June 10, 2004 to June 21, 2004 in which the filing would have been timely, Attorney Lafayette:

1. appeared before this Court on June 16, 2004 in five (5) separate hearings; and

2. electronically filed eighty three (83) pleadings, five (5) of which were new bankruptcy cases, spread throughout the relevant period.[1]

A copy of that listing is attached hereto.

In light of the foregoing, this Court finds that Attorney Lafayette's failure to timely file his notice of appeal was within his control and resulted from his own inexcusable negligence. The Motion will, accordingly, be denied. A separate Order shall issue.

DATED:   July 8, 2004

Henry J. Boroff
United States Bankruptcy Judge

cc: Francis Lafayette, Esq.
Denise Pappalardo, Chapter 13 trustee
United States trustee
Debtors

---

[1] Eighteen were filed on weekend days.

3

# Report of Filings by Attorney Frances Lafayette
## June 10, 2004 through June 21, 2004

### June 10, 2004

**03-44298**
| | | |
|---|---|---|
| 53 | Motion to Reconsider | Bennett |
| 54 | Declaration Re: Electronic Filing | Bennett |

**03-45556**
| | | |
|---|---|---|
| 35 | Motion to Reconsider | Gorski |
| 36 | Declaration Re: Electronic Filing | Gorski |

**04-42668**
| | | |
|---|---|---|
| 11 | Schedules A-J | Adasiewicz |
| 12 | Chapter 13 Agreement between debtor and counsel | Adasiewicz |
| 13 | Chapter 13 Plan | Adasiewicz |
| 14 | Motion to Extend | Adasiewicz |
| 15 | Declaration Re: Electronic Filing | Adasiewicz |

**04-43304**
| | | |
|---|---|---|
| 1 | Voluntary Petition (Chapter 13)(Attorney) | Pascale |
| 3 | Statement of Social Security Number(s) | Pascale |
| 4 | Declaration Re: Electronic Filing | Pascale |

**04-43338**
| | | |
|---|---|---|
| 1 | Voluntary Petition (Chapter 13)(Attorney) | Cabrera |
| 2 | Statement of Social Security Number(s) | Cabrera |
| 3 | Declaration Re: Electronic Filing | Cabrera |

Total Filings on:   June 10, 2004   15


June 11, 2004

**03-46928**
   24   Motion to Convert Case to Chapter 7                       Moccio
   25   Declaration Re: Electronic Filing                             Moccio

**03-47195**
   37   Opposition                                                           Kelly
   38   Opposition                                                          Kelly

---

Total Filings on:   **June 11, 2004**    4


June 13, 2004

**04-43053**

| | | |
|---|---|---|
| 8 | Schedules A-J | McCarthy |
| 9 | Chapter 13 Plan | McCarthy |
| 10 | Motion to Extend | McCarthy |
| 11 | Chapter 13 Agreement between debtor and counsel | McCarthy |
| 12 | Declaration Re: Electronic Filing | McCarthy |

Total Filings on:   June 13, 2004   5



**June 14, 2004**

**02-45468**
  123    Stipulation                                                             Babb

**04-43026**
    9    Schedules A-J                                             Austin
  10    Declaration Re: Electronic Filing                 Austin

**04-43053**
  13    Notice                                                                McCarthy

---

Total Filings on:    June 14, 2004    4



June 15, 2004

**02-47473**
  73  Opposition                                                   Martin

**04-41885**
| | | |
|---|---|---|
| 19 | Amended Chapter 13 Plan | Mulverhill |
| 20 | Motion to Modify Plan | Mulverhill |
| 21 | Amended Schedules | Mulverhill |
| 22 | Motion to Amend Schedules | Mulverhill |
| 23 | Declaration Re: Electronic Filing | Mulverhill |

Total Filings on:  June 15, 2004    6

## June 16, 2004

**02-44216**
| | | |
|---|---|---|
| 50 | Chapter 13 Trustee's Motion for Order Dismissing Case | Ranger |

**03-47113**
| | | |
|---|---|---|
| 52 | Opposition | Dion |
| 53 | Opposition | Dion |

**04-04300**
| | | |
|---|---|---|
| 14 | Stipulation | Moreno |

**04-40724**
| | | |
|---|---|---|
| 65 | Motion to Extend | Buckert |
| 66 | Motion to Extend | Buckert |
| 67 | Exhibit A | Buckert |
| 68 | Amended Schedules | Buckert |
| 69 | Motion to Amend | Buckert |

**04-42835**
| | | |
|---|---|---|
| 8 | Notice | Yankson |

**04-43426**
| | | |
|---|---|---|
| 1 | Voluntary Petition (Chapter 7)(Attorney) | Wheeler |
| 3 | Statement of Social Security Number(s) | Wheeler |
| 4 | Declaration Re: Electronic Filing | Wheeler |

**04-43440**
| | | |
|---|---|---|
| 1 | Voluntary Petition (Chapter 13)(Attorney) | Arnold |
| 2 | Chapter 13 Plan | Arnold |
| 4 | Statement of Social Security Number(s) | Arnold |
| 5 | Declaration Re: Electronic Filing | Arnold |

Total Filings on: June 16, 2004   17

**June 17, 2004**

**03-46552**
| | | |
|---|---|---|
| 73 | Amended Chapter 13 Plan | Bouffard |
| 74 | Motion to Amend | Bouffard |
| 75 | Amended Schedules | Bouffard |
| 76 | Motion to Amend | Bouffard |
| 77 | Certificate of Service | Bouffard |
| 78 | Declaration Re: Electronic Filing | Bouffard |

**04-40833**
| | | |
|---|---|---|
| 21 | Opposition | Fenner |

Total Filings on:   June 17, 2004     7

**June 18, 2004** 

**04-41219**
   41   Stipulation        Kelley
   42   Motion to Approve        Kelley

Total Filings on:   June 18, 2004    2

## June 19, 2004



**03-46346**
- 30 Objection to Claim — Provost-Lamy
- 31 Declaration Re: Electronic Filing — Provost-Lamy

**03-46928**
- 31 Notice of No Post Petition Creditors — Moccio
- 32 Declaration Re: Electronic Filing — Moccio

**04-42636**
- 12 Amended Chapter 13 Plan — Rolo
- 13 Motion to Amend — Rolo
- 14 Amended Schedules — Rolo
- 15 Motion to Amend Schedules — Rolo
- 16 Declaration Re: Electronic Filing — Rolo

**04-43537**
- 1 Voluntary Petition (Chapter 7)(Attorney) — Woods
- 3 Statement of Social Security Number(s) — Woods
- 4 Declaration Re: Electronic Filing — Woods

Total Filings on: June 19, 2004    12

**June 20, 2004** 

**04-40809**
  20   Opposition                                           Price

Total Filings on:   June 20, 2004    1

## June 21, 2004 

**01-43979**
| | | |
|---|---|---|
| 54 | Notice of Post Petition Creditors | Moreno |
| 55 | Statement of Intent | Moreno |
| 56 | Declaration Re: Electronic Filing | Moreno |

**02-40021**
| | | |
|---|---|---|
| 73 | Motion to Incur Debt | Barrett |

**02-45958**
| | | |
|---|---|---|
| 77 | Opposition | Livingstone |

**02-46690**
| | | |
|---|---|---|
| 69 | Motion to Continue/Reschedule Hearing | Knoll |
| 71 | Opposition | Knoll |
| 72 | Certificate of Service | Knoll |

**04-40249**
| | | |
|---|---|---|
| 33 | Certificate of Service | Spears |

**04-41129**
| | | |
|---|---|---|
| 13 | Motion to Appear Telephonically | Beaucage |

Total Filings on:   June 21, 2004    10

Total Filings for this report:    83