UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re:
STEFAN DAVIS

          Debtor

STEFAN DAVIS

          Appellant

v.

PHOEBE MORSE,
UNITED STATES TRUSTEE, and
DENISE PAPPALARDO,
STANDING CHAPTER 13 TRUSTEE,

          Appellees

Case No. 3:04-cv-30159-MAP

Bankruptcy No. 03-40199-HJB

## UNITED STATES TRUSTEE'S MOTION TO EXTEND DEADLINE FOR FILING APPELLEE'S BRIEF (WITH CERTIFICATE OF SERVICE)

Pursuant to 28 U.S.C. § 158(a), Fed. R. Bankr. P. 8009 and Local Rules 203(B), the United States Trustee moves the Court to extend the deadline for filing her brief for three weeks, until Wednesday, October 20, 2004, so that she might have sufficient time to review the record below in this appeal and in each of the six companion appeals.[1]

---

[1] The same facts and law are at issue in each of six other appeals filed by the Appellant on the same day in the following cases: In re Joseph L. LaFrance, Case No. 3:04-cv-30153-MAP; In re Marta L. Oyola, Case No. 3:04-cv-30154-MAP; In re Hector L. Rolon, Case No. 3:04-cv-30155-MAP; In re Kathleen M. Daigneault, Case No. 3:04-cv-30156-MAP; In re Peter Caci and Denise Caci, Case No. 3:04-cv-30157-MAP; and In re Mark Bennett and Angela Bennett, Case No. 3:04-cv-30158-MAP. The United States Trustee is filing a Motion To Extend Deadline For Filing Appellee's Brief in each of these cases.

1

No party in interest will be harmed by the requested extension.

WHEREFORE, the United States Trustee prays that the Court enter an order extending the deadline for filing her brief for three weeks, until Wednesday, October 20, 2004.

PHOEBE MORSE<br>
United States Trustee

By: _____
Stephen E. Meunier, BBO #546928
Trial Attorney
Richard King, BBO #549382
Assistant United States Trustee
United States Department of Justice
446 Main Street, 14th Floor
Worcester, MA 01608
Tel: (508) 793-0555
Fax: (508) 793-0558
Email: Stephen.meunier@usdoj.gov

Dated: September 30, 2004

## CERTIFICATE OF SERVICE

I certify that on September 30, 2004, a true and correct copy of the UNITED STATES TRUSTEE'S MOTION TO EXTEND DEADLINE FOR FILING APPELLEE'S BRIEF was served by first class mail, postage pre-paid, or by email upon:

Francis J. Lafayette
1024 Park Street
P.O. Box 1020
Palmer, MA 01069
(Attorney for Appellant)

Denise M. Pappalardo, Esq.
Chapter 13 Trustee
P.O. Box 16607
Worcester, MA 01601
(Appellee)

Date: September 30, 2004

_____
Stephen E. Meunier